UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Anataeus Enterprises, Inc.,
and James H. Rand,
    Plaintiffs

    v.                             Civil No. 10-cv-126-SM

L. John Davidson,
    Defendant

**O R D E R**

I hereby recuse myself from presiding over this case.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

June 1, 2010

cc:  David Himelfarb, Esq.
     Russell F. Hilliard, Esq.
     L. John Davidson, pro se